GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS (SBN 80745)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    Email: darwin.thomas@usdoj.gov

Attorney for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACV 08-985-AHS(ANx) |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION |
| GAYLE KIRSTEN LEVIN, representative of the estate of Marie J. Levin, aka Jassamine M. Levin, GAYLE KIRSTEN LEVIN, an individual, MICHAEL HITCHENS, an individual, and WASHINGTON MUTUAL BANK, successor in interest to Fleet National Bank, | [Rule 41(a), F.R.C.P.] |
| Defendants. | |

WHEREAS the parties have settled all claims in this action and have stipulated that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure the action may be dismissed in its entirety,

//

1  IT IS ORDERED that the instant action, including any
2 counterclaims and cross-claims, is DISMISSED in its entirety.

5 DATED: February 18, 2010.          **ALICEMARIE H. STOTLER**
                                     HON. ALICEMARIE H. STOTLER
                                     UNITED STATES DISTRICT JUDGE

7 Presented by:

8 GEORGE S. CARDONA
Acting United States Attorney
9 SANDRA R. BROWN
Assistant United States Attorney
10 Chief, Tax Division

12 _____
DARWIN THOMAS
13 Assistant United States Attorney
Attorneys for United States of America

2